455 A.2d 1187

**William J. SHEPPARD, Insurance Commissioner of the Commonwealth of Pennsylvania**

**v.**

**OLD HERITAGE MUTUAL INSURANCE COMPANY, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 25, 1983.

Decided Feb. 2, 1983.

Malcolm H. Waldron, Jr., Philadelphia, for appellant.

Albert J. Strohecker, III, Asst. Atty. Gen., Linda Kaiser, Harrisburg, for appellee.

270

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

### ORDER

PER CURIAM.

Order affirmed.